DOUGLAS J. FARMER, Cal. Bar No. 139646
douglas.farmer@ogletreedeakins.com
CHRISTOPHER M. AHEARN, Cal. Bar No. 239089
chris.ahearn@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:     415.442.4810
Facsimile:      415.442.4870

Attorneys for Defendant
KRAFT FOODS GROUP, INC.

R. DUANE WESTRUP (State Bar No. 58610)
PHILLIP R. POLINER (State Bar No. 156145)
ppoliner@wkalaw.com
CAT N. BULAON (State Bar No. 206612)
cbulaon@wkalaw.com
WESTRUP & ASSOCIATES
444 West Ocean Boulevard, Suite 1614
Long Beach, California  90802-4524
Telephone:     562.432.2551
Facsimile:      562.435.4856

Attorneys for Plaintiff
JOSE RODRIGUEZ

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| JOSE RODRIGUEZ, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>KRAFT FOODS GROUP, INC., a Virginia corporation; and DOES 1 through 100, inclusive,<br><br>        Defendant. | Case No. 1:14-CV-01137-LJO-GSA<br><br>**STIPULATION EXTENDING PRE-CERTIFICATION DISCOVERY DATES; ORDER EXTENDING PRE-CERTIFICATION DISCOVERY DATES AND BRIEFING SCHEDULE FOR CLASS CERTIFICATION MOTION AND ANY MOTION TO STRIKE CLASS CLAIMS** |

Case No. 1:14-CV-01137-LJO-GSA

Plaintiff Jose Rodriguez and Defendant Kraft Foods Group, Inc. (collectively, the "Parties") respectfully submit this Stipulation Regarding Pre-Certification Discovery Dates.  The Parties jointly and respectfully request that the Court grant the relief sought by this Stipulation.

WHEREAS, the Parties have scheduled a mediation for April 1, 2015 with mediator Alan Berkowitz in San Francisco, California.

WHEREAS, the Parties have agreed to conduct only the discovery they have deemed necessary to settle the case prior to mediation, leaving more complete discovery until after mediation in the event that the case does not settle.

WHEREAS, the Parties wish to build more time into the case schedule for discovery post-mediation, which could be substantial, to avoid the need to conduct any such discovery pre-mediation due to the need to comply with the Court's pre-certification discovery deadlines.

WHEREAS, the Parties desire that the current deadline for motions relating to class certification of **August 21, 2015** remain in place.

WHEREAS, in the Court's November 3, 2014 Scheduling Conference Order (Dkt. No. 021), the Court set the following deadlines relevant to this stipulation:  (a) Completion of non-expert discovery related to class certification – **May 1, 2015**; (b) Completion of expert discovery related to class certification – **July 10, 2015**; (c) deadline for filing any discovery or other non-dispositive motions – **July 17, 2015**.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, as follows:

(1) The deadline for Non-Expert Discovery related to Class Certification should be continued to **June 15, 2015**;

(2) A separate deadline for filing motions related to Non-Expert Discovery, and non-dispositive motions unrelated to discovery should be set for **June 30, 2015**;

(2) The deadline for Expert Discovery related to Class Certification should be continued to **July 24, 2015**; and

///

(3)     The date for filing motions related to Expert Discovery should be continued **July 31, 2015**.

IT IS SO STIPULATED.

DATED: January 27, 2015                     OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:     /s/ Christopher M. Ahearn
          DOUGLAS J. FARMER
          CHRISTOPHER M. AHEARN
          Attorneys for Defendant
          KRAFT FOODS GROUP, INC.

DATED: January 27, 2015                     WESTRUP & ASSOCIATES


By: /s/ Cat N. Bualon (as authorized on January 27, 2015)
          PHILLIP R. POLINER
          Attorneys for Plaintiff
          JOSE RODRIGUEZ

## **ORDER**

Based on the foregoing stipulation of the parties, the Court extends pre-certification discovery dates as follows:

(1)     The cut-off deadline for Non-Expert Discovery related to Class Certification is continued to **June 15, 2015**;

(2)     The deadline for filing motions related to Non-Expert Discovery, and non-dispositive motions unrelated to discovery, is continued to **June 30, 2015**;

(2)     The cut-off deadline for Expert Discovery related to Class Certification is continued to **July 24, 2015**; and

(3)     The deadline for filing motions related to Expert Discovery is continued **July 31, 2015**.

In light of the modified discovery dates and extended non-dispositive motion filing

deadlines, the Court hereby also extends the briefing schedule and hearing date for the parties' motion for class certification and any motion to strike class claims as follows:

> *Plaintiff's Motion for Class Certification due*: **September 11, 2015**
> *Defendant's Motion to Strike Class/Representative Claims due*: **September 11, 2015**
>
> *Defendant's Opposition to Motion for Class Certification due*: **October 14, 2015**
> *Plaintiff's Opposition to Motion to Strike Class/Rep. Claims due*: **October 14, 2015**
>
> *Plaintiff's Reply due*: **November 11, 2015**
> *Defendant's Reply due*: **November 11, 2015**

A hearing on the Motion for Class Certification and any Motion to Strike Class/Representative Claims will be held on **December 11, 2015 at 10:00 a.m**. before the magistrate judge to whom this case is reassigned upon Judge Austin's expected retirement in October 2015.

IT IS SO ORDERED.

Dated:   **January 29, 2015**             /s/ Gary S. Austin
                                          UNITED STATES MAGISTRATE JUDGE