DOUGLAS J. FARMER, Cal. Bar No. 139646
douglas.farmer@ogletreedeakins.com
CHRISTOPHER M. AHEARN, Cal. Bar No. 239089
chris.ahearn@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:    415.442.4810
Facsimile:    415.442.4870

Attorneys for Defendant
KRAFT FOODS GROUP, INC.

R. DUANE WESTRUP (State Bar No. 58610)
PHILLIP R. POLINER (State Bar No. 156145)
ppoliner@wkalaw.com
CAT N. BULAON (State Bar No. 206612)
cbulaon@wkalaw.com
WESTRUP & ASSOCIATES
444 West Ocean Boulevard, Suite 1614
Long Beach, California  90802-4524
Telephone:    562.432.2551
Facsimile:    562.435.4856

Attorneys for Plaintiff
JOSE RODRIGUEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| JOSE RODRIGUEZ, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>       vs.<br><br>KRAFT FOODS GROUP, INC., a Virginia corporation; and DOES 1 through 100, inclusive,<br><br>                Defendant. | Case No. 1:14-CV-01137-LJO-GSA<br><br>**STIPULATION AND ORDER CONTINUING DATES**<br><br>Action Filed: April 17, 2014 |

Case No. 1:14-CV-01137-LJO-GSA

STIPULATION AND [PROPOSED] ORDER CONTINUING DATES

1      Plaintiff Jose Rodriguez and Defendant Kraft Foods Group, Inc. (collectively, the "Parties")

2 respectfully submit this Stipulation Regarding Pre-Certification Discovery Dates.  The Parties

3 jointly and respectfully request that the Court grant the relief sought by this Stipulation.

4      WHEREAS, the Parties have scheduled a mediation for April 1, 2015 with mediator Alan

5 Berkowitz in San Francisco, California.

6      WHEREAS, the Parties have agreed to conduct only the discovery they have deemed

7 necessary to settle the case prior to mediation, leaving more complete discovery until after

8 mediation in the event that the case does not settle.

9      WHEREAS, the Parties wish to build more time into the case schedule for discovery post-

10 mediation, which could be substantial, to avoid the need to conduct any such discovery pre-

11 mediation due to the need to comply with the Court's pre-certification discovery deadlines.

12      WHEREAS, the Parties desire that the current deadline for motions relating to class

13 certification of **August 21, 2015** remain in place.

14      WHEREAS, in the Court's November 3, 2014 Scheduling Conference Order (Dkt. No.

15 021), the Court set the following deadlines relevant to this stipulation:  (a) Completion of non-

16 expert discovery related to class certification – **May 1, 2015**; (b) Completion of expert discovery

17 related to class certification – **July 10, 2015**; (c) deadline for filing any discovery or other non-

18 dispositive motions – **July 17, 2015**.

19      WHEREAS, pursuant to the parties stipulation, on January 30, 2015 the Court amended

20 such deadlines as follows:  (a) the deadline for Non-Expert Discovery related to Class Certification

21 was continued to **June 15, 2015**;  (b) a separate deadline for filing motions related to Non-Expert

22 Discovery, and non-dispositive motions unrelated to discovery was set for **June 30, 2015**; (c) the

23 deadline for Expert Discovery related to Class Certification was continued to **July 24, 2015**; (d)

24 The date for filing motions related to Expert Discovery should be continued **July 31, 2015**.

25      WHEREAS, the Parties have conducted discovery such as interrogatories, document

26 productions, depositions pursuant to Fed. R. Civ. Proc. 30(b)(6) (one for each of Kraft Foods

27 Group, Inc.'s facilities in California employing potential class members), and the deposition of

28 Plaintiff Jose Rodriguez.

WHEREAS, for the sake of efficient use of resources, the Parties have agreed to limit further substantial discovery until after mediation.

WHEREAS, the parties had scheduled a mediation with mediator Alan Berkowitz, Esq., to take place in San Francisco, California on April 27, 2015.

WHEREAS, Kraft Foods Group, Inc. is currently in the process of a well-publicized merger with H.J. Heinz Co., which is likely to be one of the largest mergers in the food processing industry in recent years.

WHEREAS, as a result of such merger, it is now expected to take substantially longer than initially anticipated for responsible persons at Kraft Foods Group, Inc. to obtain sufficient settlement authority for a mediation to be productive.

WHEREAS, the Parties have agreed to continue the mediation with Mr. Berkowitz to June 16, 2015.

WHEREAS, the current deadline to complete non-expert fact discovery is June 15, 2015.

WHEREAS, the Parties wish to defer completion of remaining pre-certification discovery until after mediation, to conserve recourses.

WHEREAS, given the current deadlines on calendar, the Parties believe that a continuance of all currently-set deadlines by sixty (60) days would be in the best interests of the Parties and in the orderly administration of justice in this action.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties that the current deadlines in this matter should be continued, as follows:

(1) The deadline for Non-Expert Discovery related to Class Certification should be continued to August 14, 2015;

(2) A separate deadline for filing motions related to Non-Expert Discovery, and non-dispositive motions unrelated to discovery should be set for August 31, 2015;

(3) The deadline for Expert Discovery related to Class Certification should be continued to September 22, 2015; and

(4) The date for filing motions related to Expert Discovery should be continued September 29, 2015.

In light of the parties' stipulation to modify and extend non-dispositive motion filing deadlines, parties further stipulate and agree to extend the briefing schedule and hearing date for the parties' motion for class certification and any motion to strike class claims by sixty (60) days as follows:

    Plaintiff's Motion for Class Certification due: November 10, 2015

    Defendant's Motion to Strike Class/Representative Claims due: November 10, 2015

    Defendant's Opposition to Motion for Class Certification due: December 14, 2015

    Plaintiff's Opposition to Motion to Strike Class/Rep. Claims due: December 14, 2015

    Plaintiff's Reply due: January 11, 2016

    Defendant's Reply due: January 11, 2016

DATED:  April 24, 2015    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:   /s/ Christopher M. Ahearn
DOUGLAS J. FARMER
CHRISTOPHER M. AHEARN
Attorneys for Defendant
KRAFT FOODS GROUP, INC.

DATED:  April 24, 2015    WESTRUP & ASSOCIATES

By: /s/ Cat N. Bualon (as authorized on April 24, 2015)
CAT N. BULAON
PHILLIP R. POLINER
Attorneys for Plaintiff
JOSE RODRIGUEZ

# ORDER

Based on the foregoing stipulation of the parties, the Court extends pre-certification discovery dates as follows:

|  | **PREVIOUS DATE** | **NEW DATE** |
|---|---|---|
| **Non-expert discovery cutoff (class certification)** | June 15, 2015 | August 14, 2015 |
| **Non-expert discovery motions filing deadline / Non-dispositive motions unrelated to discovery filing deadline** | July 30, 2015 | August 31, 2015 |
| **Expert discovery cutoff (class certification)** | July 24, 2015 | September 22, 2015 |
| **Expert discovery motion filing deadline** | July 31, 2015 | September 29, 2015 |
| **Plaintiff's motion for class certification due / Defendant's motion to strike class/representative claims due** | September 11, 2015 | November 10, 2015 |
| **Defendant's opposition to motion for class certification due / Plaintiff's opposition to motion to strike class/representative claims due** | October 14, 2015 | December 14, 2015 |
| **Plaintiff's reply brief due / Defendant's reply brief due** | November 11, 2015 | January 11, 2016 |
| **Class certification / Motion to strike hearing** | December 11, 2015 | February 12, 2016<br><br>Time: 10:00 a.m.<br><br>Dept.: TBD |

IT IS SO ORDERED.

   Dated:  **April 28, 2015**             /s/ Gary S. Austin
                                                    UNITED STATES MAGISTRATE JUDGE