DOUGLAS J. FARMER, Cal. Bar No. 139646
douglas.farmer@ogletreedeakins.com
CHRISTOPHER M. AHEARN, Cal. Bar No. 239089
chris.ahearn@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:     415.442.4810
Facsimile:     415.442.4870

Attorneys for Defendant
KRAFT FOODS GROUP, INC.


R. DUANE WESTRUP (State Bar No. 58610)
PHILLIP R. POLINER (State Bar No. 156145)
ppoliner@wkalaw.com
CAT N. BULAON (State Bar No. 206612)
cbulaon@wkalaw.com
WESTRUP & ASSOCIATES
444 West Ocean Boulevard, Suite 1614
Long Beach, California  90802-4524
Telephone:     562.432.2551
Facsimile:     562.435.4856

Attorneys for Plaintiff
JOSE RODRIGUEZ

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| JOSE RODRIGUEZ, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>KRAFT FOODS GROUP, INC., a Virginia corporation; and DOES 1 through 100, inclusive,<br><br>    Defendant. | Case No. 1:14-CV-01137-LJO-GSA<br><br>**STIPULATION AND ORDER CONTINUING DATES**<br><br>(ECF No. 27) |

1    Plaintiff Jose Rodriguez and Defendant Kraft Foods Group, Inc. (collectively, the "Parties")
2 respectfully submit this Stipulation Regarding Discovery Dates and Class Certification Deadlines.
3 The Parties jointly and respectfully request that the Court grant the relief sought by this Stipulation.
4    WHEREAS, the Parties attended mediation on June 16, 2015, before a well-respected
5 mediator, Alan Berkowitz, Esq. in San Francisco, California.
6    WHEREAS, the Parties were unsuccessful at settling the case at mediation but are still
7 engaged in settlement discussions through Mr. Berkowitz.
8    WHEREAS, the Parties agreed to conduct only the discovery they deemed necessary to
9 settle the case prior to mediation, leaving more complete discovery until after mediation in the
10 event that the case does not settle.
11    WHEREAS, the Parties wish to build more time into the case schedule for discovery and
12 defer completion of remaining pre-certification discovery, which could be substantial, until after all
13 prospects of an early resolution have been considered, to conserve resources.
14    WHEREAS, pursuant to the parties' prior stipulation, Dkt. 26, the Court amended such
15 deadlines as follows:  (a) the deadline for Non-Expert Discovery related to Class Certification was
16 continued to August 14, 2015;  (b) a separate deadline for filing motions related to Non-Expert
17 Discovery, and non-dispositive motions unrelated to discovery was set for August 31, 2015; (c) the
18 deadline for Expert Discovery related to Class Certification was continued to September 22, 2015;
19 (d) the date for filing motions related to Expert Discovery was continued to September 29, 2015.
20    WHEREAS, given the current deadlines on calendar, the Parties believe that a continuance
21 of all currently-set deadlines by approximately thirty (30) days, as well as building in further time
22 in the schedule for fact discovery in relation to other items, would be in the best interests of the
23 Parties and in the orderly administration of justice in this action.
24    NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties that
25 the current deadlines in this matter should be continued, as follows:
26    (1) The deadline for Non-Expert Discovery related to Class Certification should be
27 continued to October 8, 2015;
28 / / /

1   (2) The deadline for Expert Discovery related to Class Certification should be continued to
2   October 22, 2015; and
3   (3) The deadline for filing motions related to Expert and Non-Expert Discovery Related to
4   Class Certification should be consolidated, and moved to October 29, 2015;
5   In light of the parties' stipulation to modify and extend non-dispositive motion filing
6   deadlines, parties further stipulate and agree to extend the briefing schedule and hearing date for
7   the parties' motion for class certification and any motion to strike class claims by approximately
8   thirty (30) days as follows:
9   Plaintiff's Motion for Class Certification due: December 10, 2015
10   Defendant's Motion to Strike Class/Representative Claims due: December 10, 2015
11   Defendant's Opposition to Motion for Class Certification due: January 14, 2016
12   Plaintiff's Opposition to Motion to Strike Class/Rep. Claims due: January 14, 2016
13   Plaintiff's Reply due: February 11, 2016
14   Defendant's Reply due: February 11, 2016
15   First available date for hearing on Motion for Class Certification and/or Motion to Strike
16   Class/Rep. Claims: _____, 2016

17
18   DATED:  July 17, 2015                    OGLETREE, DEAKINS, NASH, SMOAK &
                                              STEWART, P.C.
19
20                                            By:   /s/ *Christopher M. Ahearn*
                                                    DOUGLAS J. FARMER
21                                                  CHRISTOPHER M. AHEARN
                                              Attorneys for Defendant
22                                            KRAFT FOODS GROUP, INC.
23
24   DATED:  July 17, 2015                    WESTRUP & ASSOCIATES
25
                                              By:  /s/ *Cat N. Bulaon*  (as authorized on July 17, 2015)
26                                                  CAT N. BULAON
                                              Attorneys for Plaintiff
27                                            JOSE RODRIGUEZ
     21846845.1
28

# ORDER

Based on the foregoing stipulation of the parties, the Court extends pre-certification discovery dates as follows:

|  | **PREVIOUS DATE** | **NEW DATE** |
|---|---|---|
| **Non-expert discovery cutoff (class certification)** | August 14, 2015 | October 8, 2015 |
| **Non-expert discovery motions filing deadline / Non-dispositive motions unrelated to discovery filing deadline** | August 31, 2015 | October 29, 2015 |
| **Expert discovery cutoff (class certification)** | September 22, 2015 | October 22, 2015 |
| **Expert discovery motion filing deadline** | September 29, 2015 | October 29, 2015 |
| **Plaintiff's motion for class certification due / Defendant's motion to strike class/representative claims due** | November 10, 2015 | December 10, 2015 |
| **Defendant's opposition to motion for class certification due / Plaintiff's opposition to motion to strike class/representative claims due** | December 14, 2015 | January 14, 2015 |
| **Plaintiff's reply brief due / Defendant's reply brief due** | January 11, 2016 | February 11, 2016 |
| **Class certification / Motion to strike hearing** | February 12, 2016<br><br>Time: 10:00 a.m.<br><br>Dept.: TBD | March 18, 2016<br><br>Time: 9:30 a.m.<br><br>Dept.: TBD |

IT IS SO ORDERED.

Dated: __**July 20, 2015**__        _____/s/ Gary S. Austin_____
                                                    UNITED STATES MAGISTRATE JUDGE