DOUGLAS J. FARMER, Cal. Bar No. 139646
douglas.farmer@ogletreedeakins.com
CHRISTOPHER M. AHEARN, Cal. Bar No. 239089
chris.ahearn@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:    415.442.4810
Facsimile:    415.442.4870

Attorneys for Defendant
KRAFT FOODS GROUP, INC.

R. DUANE WESTRUP (State Bar No. 58610)
jveloff@westrupassociates.com
CAT N. BULAON (State Bar No. 206612)
cbulaon@westrupassociates.com
WESTRUP & ASSOCIATES
444 West Ocean Boulevard, Suite 1614
Long Beach, California  90802-4524
Telephone:    562.432.2551
Facsimile:    562.435.4856

Attorneys for Plaintiff
JOSE RODRIGUEZ

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| JOSE RODRIGUEZ, on behalf of himself and all others similarly situated,<br><br>           Plaintiff,<br><br>      vs.<br><br>KRAFT FOODS GROUP, INC., a Virginia corporation; and DOES 1 through 100, inclusive,<br><br>           Defendant. | Case No. 1:14-CV-01137-LJO-GSA<br><br>**STIPULATION AND ORDER RE: THE FILING OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

Plaintiff Jose Rodriguez and Defendant Kraft Heinz Food Company, formerly Kraft Foods Group, Inc. (collectively, the "Parties") respectfully submit this Stipulation and Proposed Order Re: Filing of Plaintiff's Motion for Preliminary Approval.  The Parties jointly and respectfully request that the Court grant the relief sought by this Stipulation.

WHEREAS, on October 22, 2015, the Court issued a minute order vacating all hearings and other dates in this matter pending the filing of Plaintiff's Motion for Preliminary Approval. [Dkt. 32]

WHEREAS, in the same order, the Court ordered that Plaintiff file his Motion for Preliminary Approval on or before October 30, 2015.

WHEREAS, counsel for Plaintiff and Defendant are in the process of finalizing the settlement agreement, expect to obtain signatures from their clients within the next few days, and thus request that the Court extend the filing deadline from October 30, 2015, to November 4, 2015.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties that the current filing deadline in this matter should be continued, as follows:

(1) Plaintiff shall file his Motion for Preliminary Approval on or before November 4, 2015.

DATED:  October 29, 2015

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:    /s/ Christopher M. Ahearn
     DOUGLAS J. FARMER
     CHRISTOPHER M. AHEARN
     Attorneys for Defendant
     KRAFT HEINZ FOOD COMPANY, FORMERLY KRAFT FOODS GROUP, INC.

DATED:  October 29, 2015

WESTRUP & ASSOCIATES

By: /s/ Cat N. Bulaon
    CAT N. BULAON
    Attorneys for Plaintiff
    JOSE RODRIGUEZ

**ORDER**

Based on a review of the above stipulation and good cause appearing therein, the Court grants Plaintiff an extension to file his Motion for Preliminary Approval of Class Action Settlement. Plaintiff shall file his Motion for Preliminary Approval on or before November 4, 2015.

IT IS SO ORDERED.

Dated:   **October 30, 2015**           /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE