R. DUANE WESTRUP (State Bar No. 58610)
jveloff@westrupassociates.com
CAT N. BULAON (State Bar No. 206612)
cbulaon@westrupassociates.com
WESTRUP & ASSOCIATES
444 West Ocean Boulevard, Suite 1614
Long Beach, California  90802-4524
Telephone:	(562) 432-2551
Facsimile:	(562) 435-4856

Attorneys for Plaintiff JOSE RODRIGUEZ

DOUGLAS J. FARMER, CA Bar No. 139646
douglas.farmer@ogletreedeakins.com
VICTORIA L. TALLMAN, CA Bar No. 273252
victoria.tallman@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:	415.442.4810
Facsimile:	415.442.4870

Attorneys for Defendant
KRAFT HEINZ FOODS COMPANY,
formerly known as KRAFT FOODS GROUP, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| JOSE RODRIGUEZ, on behalf of himself and all others similarly situated,<br><br>            Plaintiffs,<br><br>      vs.<br><br>KRAFT FOODS GROUP, INC., a Virginia corporation; and DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No. 1:14-CV-01137-LJO-EPG<br><br>**STIPULATION AND ORDER RE: MODIFICATION OF PRELIMINARY APPROVAL ORDER TO AUTHORIZE MAILING OF NOTICE TO OMITTED CLASS MEMBERS**<br><br>Action Filed:   April 17, 2014<br>Trial Date:       None Set |

Plaintiff Jose Rodriguez and Defendant Kraft Heinz Foods Company, (formerly known as Kraft Foods Group, Inc.) (collectively, the "Parties"), by and through their undersigned counsel, respectfully submit this Stipulation regarding modification of Preliminary Approval Order to authorize mailing of Notice to omitted class members.  The Parties jointly and respectfully request that the Court grant the relief sought by this Stipulation.

WHEREAS, on March 3, 2016, the Court issued an order granting Preliminary Approval of the class action settlement, approved the language to be included in the Class Notice, and set various dates, including those for mailing the Notice and holding a Final Approval Hearing;

WHEREAS, the Parties agreed that the class consists of all persons who are or were employed by Kraft Heinz in California as hourly paid production employees at any time between June 5, 2010, through the date of preliminary approval.  (Declaration of R. Duane Westrup filed in support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement, ¶ 4; Stipulation of Settlement and Release, ¶ 18 (Dkt # 35-2));

WHEREAS Preliminary Approval of the $1,750,000 gross settlement amount was based on initial estimates of 1,239 Class Members and 615,535 work shifts for those 1,239 Class Members at the time of Settlement, with a proportionate increase in work shifts through March 3, 2016, the date Preliminary Approval was granted;

WHEREAS, on April 12, 2016, the Class Notice was timely mailed to 1,005 of the 1,239 class members addressed in the Preliminary Approval order, with the remainder inadvertently omitted from mailing;

WHEREAS, following the Class Notice mailing, counsel became aware that 241 current or former employees meeting the definition for Class Members, inadvertently did not receive the Class Notice packet mailing for this lawsuit.

WHEREAS, the Parties now propose mailing the Class Notice packet to this group of 241 individuals (the "Subclass") omitted from the April 12, 2016 Notice mailing;

WHEREAS, this brings the total number of Class Members to 1,246, seven greater than the number initially estimated by the Parties in their motion for Preliminary Approval;

///

WHEREAS, the matter is currently set for Final Fairness Approval Hearing on July 8, 2016;

WHEREAS, the Parties propose that the Class Notice be mailed to the Subclass without continuing the currently calendared Final Approval Hearing, or delaying the schedule for distribution of settlement funds to Class Members previously sent the Notice;

WHEREAS, the Parties propose that the Final Approval Hearing remain set for July 8, 2016 as to those 1005 Class Members timely mailed the Class Notice, but that a further Final Approval Hearing be set for the Subclass on August 26, 2016 to allow the Subclass the same objection, opt-out, and dispute periods as outlined in the initial Class Notice (see Subclass Notice, Exhibit 2, attached), or

WHEREAS, the Parties alternatively propose that the Class Notice to be mailed to the Subclass, be identical to the Notice mailed to Class Members, except that it include a two-week period for objections and disputes, and a three-week period for opt-outs (see Subclass Notice, Exhibit 1, attached);

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties that the current deadlines in this matter should be continued, as follows:

(1) The Parties shall mail the Subclass Notice on June 15, 2016.

(2) The Dispute Deadline for the Subclass shall be set for July 30, 2016 (45 calendar days after mailing);

(3) The Objection Deadline for the Subclass shall be set for July 27, 2016 (30 calendar days prior to Final Approval Hearing);

(4) The Opt-Out Deadline for the Subclass shall be set for August 14, 2016 (60 calendar days after mailing); and,

(5) The date for Final Fairness Approval Hearing shall be set for August 26, 2016.

ALTERNATIVELY:

(1) The Parties shall mail the Subclass Notice on June 15, 2016.

(2) The Dispute Deadline for the Subclass shall be set for June 29, 2016 (two-weeks after mailing);

1     (3) The Objection Deadline for the Subclass shall be set for June 29, 2016 (two-weeks after mailing);

    (4) The Opt-Out Deadline for the Subclass should be set for July 6, 2016 (three weeks after mailing); and,

    (5) The date for Final Fairness Approval Hearing shall remain set for July 8, 2016.

DATED: June 14, 2016      WESTRUP & ASSOCIATES

                                       By:   /s/ *Cat N. Bulaon (as authorized on June 14, 2016)*
                                                R. DUANE WESTRUP
                                                CAT N. BULAON
                                                Attorneys for Plaintiff JOSE RODRIGUEZ

DATED: June 14, 2016      OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                       By:   /s/ *Victoria L. Tallman*
                                                DOUGLAS J. FARMER
                                                VICTORIA L. TALLMAN
                                                Attorneys for Defendant
                                                KRAFT HEINZ FOODS COMPANY,
                                                formerly known as KRAFT FOODS GROUP, INC.

**ORDER**

The parties' stipulation is partially adopted by the Court.  The Court is amenable to holding the final fairness approval hearing of the class settlement on **July 8, 2016 at 10:00 a.m**. as scheduled for the 1005 class members who were already served with the notices as set forth in this Court's order issued on December 15, 2015. (Doc. 40).  The Court authorizes sending the notices to the 241 class members who were not served with the rest of the class, however, the Court does not authorize creating a new subclass for these individuals.  Instead, these 241 class members shall be sent a revised notice pursuant to the schedule below and a supplemental final approval hearing will be held for these class members *only* on **September 2, 2016, at 10:00 a.m**.

The Court will not issue its recommendations regarding the final approval of the entire class settlement until after the hearing on **September 2, 2016**.

Exhibit 2 shall be mailed to the 241 affected class members who did not receive the initial notice.  Accordingly, the following schedule applies to these class members:

(1) The Parties shall mail the revised Notice on or about June 15, 2016;

(2) The Dispute Deadline is set for July 30, 2016;

(3) The Objection Deadline is set for July 27, 2016;

(4) The Opt-Out Deadline is set for August 14, 2016;

(5) The Final Fairness Approval Hearing date for this group of class members will be held on **September 2, 2016 at 10:00 a.m.**, instead of August 26, 2106 as proposed.

If the parties believe a different schedule would be appropriate in light of the directives listed above, including only holding one final approval hearing on September 2, 2016 for all class members rather than the two hearings, counsel shall contact Courtroom Deputy Amanda Martinez or Michelle Rooney to set up a telephonic status conference so the parties can address their concerns with the Court.

IT IS SO ORDERED.

Dated:  **June 15, 2016**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

4                     Case No. 1:14-CV-01137-LJO-EPG
STIPULATION AND ORDER RE: MODIFICATION OF PRELIMINARY APPROVAL
ORDER TO AUTHORIZE MAILING OF NOTICE TO OMITTED CLASS MEMBERS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28